USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOSEPH DEL VALLE, :
: **ORDER**
Petitioner, :
: 14 Cr. 342 (RMB)
-v- : 18 Cv. 9183 (RMB)
:
UNITED STATES OF AMERICA, :
:
Respondent. :
-----------------------------------------------------------------x

The Court directs Mr. Peter J. Tomao to file a response to Petitioner's 28 U.S.C. § 2255 habeas petition, dated October 1, 2018, on or before January 21, 2020.

Dated: New York, New York
January 6, 2020



**RICHARD M. BERMAN, U.S.D.J.**